**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 4, 2012

No. 11-50437

Lyle W. Cayce
Clerk

ALI IBRAHIM,

Plaintiff - Appellant - Cross-Appellee

v.

ANAZ INCORPORATED; ABDUL PATEL ENTERPRISES,
INCORPORATED; 11800 METRIC, INCORPORATED; NURAMINCO,
INCORPORATED; AZAN, INCORPORATED; M-SAZ, INCORPORATED;
NAAZ LAUNDRY, INCORPORATED; NAAZ REAL ESTATE,
INCORPORATED; ABDUL PATEL, also known as Akbar Patel, also known
as Raju Charania; AMIN MOMIN, also known as Shaukat Patel; NASEEM
MOMIN; SHAMIN MERCHANT,

Defendants - Appellees - Cross-Appellants

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:09-CV-786

Before KING, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.